# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| RTS HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3-18-CV-478-RJC-DSC |
| ROAD-1, INC., | ) |
| Defendant. | ) |

## **ORDER**

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Gary W. Smith and Justin A. Kesselman]" (documents ##8-9) filed September 27, 2018.

For the reasons stated therein, the Motions are granted.

**SO ORDERED**.

Signed: September 28,

_____
David S. Cayer
United States Magistrate Judge